Hillard Edward **ARRINGTON**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 28931.

Court of Criminal Appeals of Texas.

April 3, 1957.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Drunken driving is the offense, with punishment assessed at three days in jail and a fine of $50.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

---

Charlie Joe **HENDERSON**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 28923.

Court of Criminal Appeals of Texas.

April 3, 1957.

No attorney on appeal for appellant.

Henry Wade, Crim. Dist. Atty., George P. Blackburn, Asst. Crim. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $125.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.